UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– against –<br><br>FRED ELM,<br><br>                    Defendant. | **ORDER**<br><br>16 Cr. 356-1 (ER) |

Ramos, D.J.:

    A change of plea hearing as to defendant **Fred Elm** is scheduled for Friday, May 15, 2020, at 9:00 AM.  The hearing will proceed as a CourtCall video conference.

    Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 32091812#

PIN: 9921299#

It is SO ORDERED.

Dated:   May 8, 2020
             New York, New York

_____
Edgardo Ramos, U.S.D.J.