**LAW OFFICE OF ANTHONY STRAZZA**
245 MAIN STREET, SUITE 420, WHITE PLAINS, NY, 10601
OFFICE: 914.844.1551 ♦ FAX: 914.517.5912 ♦ AS@STRAZZALAW.COM

July 24, 2020

**By ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: <u>United States v. Fred Elm</u>
         16 CR. 356 (ER)

Dear Judge Ramos:

  As the Court is aware, I represent Fred Elm, the defendant in the above referenced matter. Mr. Elm's sentencing proceeding is scheduled for August 7, 2020. I am writing with the consent of the Government to respectfully request an adjournment of this proceeding as the defense needs more time to obtain information and materials that are relevant to sentencing. Our mitigation expert has suggested that I request an adjournment of approximately 4 weeks for this purpose. Accordingly, I am requesting that this matter be adjourned to a date and time that is convenient for Court during the week of September 7, 2020 (excluding Labor Day, 9/7/20). This represents my first request of this kind.

  The Court's time and attention to this request are very much appreciated.

            *Respectfully submitted*,

            *-s-*

            Anthony Strazza, Esq.

cc. All parties (via ECF)