

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2020

BY CM/ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Fred Elm, a/k/a "Frederic Elmaleh,"
              S1 16 Cr. 356 (ER)

Dear Judge Ramos:

      The Government submits this letter in advance of the sentencing of defendant Fred Elm, a/k/a "Frederic Elmaleh," now scheduled for September 25, 2020. After the Government filed its September 8, 2020 sentencing submission, it received a restitution request from an additional investor in the Elm Tree Funds totaling $47,001.26. The investor, ███████████ is listed as investor number 49 on the enclosed, revised order of restitution. The Government has provided that request to the defendant. Accordingly, the Government respectfully requests that the Court order the defendant to pay restitution in the amount of $12,426,293.11.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney

                By:   /s/
                     Joshua A. Naftalis
                     Assistant United States Attorney
                     (212) 637-2310

cc:    Anthony Strazza, Esq.